OPINION — AG — KEY WORDS: AFFIDAVIT, CERTIFICATE OF WITHDRAWAL, INCREASE IN THE AMOUNT OF CAPITAL SO INVESTED OPINION: YOU SHOULD NOT GIVE THE PORTER COMPANY CREDIT FOR THE DOMESTICATION FEE PREVIOUSLY PAID BY THE PATTERSON COMPANY, OR, TO STATE THE SAME AFFIRMATIVELY, YOU SHOULD COLLECT THE FEE FOR THE INCREASE IN INVESTED CAPITAL AS REFLECTED BY THE AFFIDAVIT SUBMITTED BY THE PORTER COMPANY. CITE: 28 O.S. 1961 111 [28-111](B), 18 O.S. 1961 1.167 [18-1.167](3) (BURCK BAILEY)